IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>    Plaintiff,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>    Defendants. | No. CV-16-00408-PHX-SMM<br><br>**ORDER** |
| Tamicka Toliver,<br><br>    Plaintiff,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>    Defendants. | No. CV-15-02564-PHX-SMM |

Pursuant to the dismissal order in CV-15-02563-PHX-SMM (Doc. 62),

**IT IS HEREBY ORDERED** dismissing these cases with prejudice. The Clerk of Court shall terminate these cases.

Dated this 25th day of May, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge